1  Robert J. Goldman (CSB # 189922)
     robert.goldman@ropesgray.com
2  Linda E. Rost (CSB # 211769)
     linda.rost@ropesgray.com
3  Kelly L. Baxter (CSB # 232286)
     kelly.baxter@ropesgray.com
4  ROPES & GRAY LLP
   525 University Avenue
5  Palo Alto, California 94301
   Tel.: (650) 617-4000
6  Fax.: (650) 617-4090

7  Attorneys for Defendant
   CELL SIGNALING TECHNOLOGY, INC.
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EPITOMICS, INC., | )<br>)<br>) |
| Plaintiff, | ) Case No. C 07-5275 MMC<br>) |
| v. | ) **CERTIFICATION OF INTERESTED**<br>) **ENTITIES OR PERSONS**<br>) **(CIVIL L.R. 3-16)**<br>) |
| CELL SIGNALING TECHNOLOGY, INC., | ) DEMAND FOR JURY TRIAL<br>) |
| Defendant. | )<br>) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

December 19, 2007          By: /s/ *Robert J. Goldman*
                               Robert J. Goldman (CSB # 189922)
                               Linda E. Rost (CSB # 211769)
                               Kelly L. Baxter (CSB # 232286)
                               ROPES & GRAY LLP

                               Attorneys for Defendant
                               CELL SIGNALING TECHNOLOGY, INC.