UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EPITOMICS, INC.,

                                   CASE NO.  C 07-5275 MMC

               Plaintiff(s),

                v.                        STIPULATION AND [PROPOSED]

CELL SIGNALING TECHNOLOGY, INC.,       ORDER SELECTING ADR PROCESS

              Defendant(s).

_____/

      Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

        **Court Processes:**
            Non-binding Arbitration (ADR L.R. 4)
            Early Neutral Evaluation (ENE)   (ADR L.R. 5)
            Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

        **Private Process:**
        ✓     Private ADR *(please identify process and provider)* _____
Process:  Mediation.  Provider to be agreed upon by the parties.

The parties agree to hold the ADR session by:
            the presumptive deadline *(The deadline is 90 days from the date of the order
            referring the case to an ADR process unless otherwise ordered. )*

      ✓     other requested deadline  Timing of mediation to be determined at 2/1/08 CMC_____

Dated: 1/11/08_____                /s/ Jana G. Gold_____
                                       Attorney for Plaintiff

Dated: 1/11/08_____                /s/ Robert J. Goldman
                                        Attorney for Defendant

**[PROPOSED] ORDER**

> Pursuant to the Stipulation above, the captioned matter is hereby referred to:
> > Non-binding Arbitration
> > Early Neutral Evaluation (ENE)
> > Mediation
> ✓    Private ADR

> Deadline for ADR session
> > 90 days from the date of this order.
> ✓    other    To be set at 2/1/08 CMC

IT IS SO ORDERED.

Dated:_____

_____

UNITED STATES DISTRICT        JUDGE