1 | MATTHEW I. KREEGER (CA SBN 153793)
Email: MKreeger@mofo.com
2 | REBECCA S. SAELAO (CA SBN 222731)
Email: RSaelao@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California 94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | JANA G. GOLD (CA SBN 154246)
Email: JGold@mofo.com
7 | MORRISON & FOERSTER LLP
755 Page Mill Road
8 | Palo Alto, California 94304-1018
Telephone: 650.813.5600
9 | Facsimile: 650.494.0792

10 | Attorneys for Plaintiff
EPITOMICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPITOMICS, INC., | Case No.   C 07-5275 MMC |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)** |
| v. | |
| CELL SIGNALING TECHNOLOGY, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.  C 07-5275 MMC
sf-2450583

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3
4
5  Dated: January 15, 2008

MATTHEW I. KREEGER
JANA G. GOLD
REBECCA S. SAELAO
MORRISON & FOERSTER LLP

By:   /s/ Matthew I. Kreeger
     Matthew I. Kreeger
     MKreeger@mofo.com

     Attorneys for Plaintiff
     EPITOMICS, INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.  C 07-5275 MMC        1
sf-2450583