**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

Date: FEB X 1 2008

**E-Filing**

C-07-5275-MMC

EPITOMICS INC.  v  CELL SIGNALING TECHNOLOGY INC.

Attorneys: MATTHEW KREEGER     ROBERT GOLDMAN
           JANA GOLD           LINDA ROST

Deputy Clerk: **TRACY LUCERO**     Reporter: NOT REPORTED

**PROCEEDINGS:**                    **RULING:**

1. _____    _____
2. _____    _____
3. _____    _____
4. _____    _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference   INITIAL

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 1/16/09.
Meet & confer by 3/2/09.    Joint statement due by 1/23/09.

(✓) ORDER TO BE PREPARED BY:  Plntf____ Deft____ Court ✓

(✓) Referred to ~~Magistrate~~ For: Private mediation by agreement of the parties
    (✓) By Court
(✓) CASE CONTINUED TO 1/30/09 @ 10:30  for Further Status Conference

Discovery Cut-Off  11/7/08                Expert Discovery Cut-Off  1/2/09
π/Δ                                       π/Δ   Rebuttal
~~Plntf~~ to Name Experts by  11/28/08    ~~Deft~~ to Name Experts by  12/12/08

P/T Conference Date 4/7/09 @ 3:00  Trial Date 4/20/09 @ 9:00  Set for 5 days
                        Type of Trial: (✓) Jury  ( ) Court

Notes: Deadline to amend is 4/21/08.

(23 min)