IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EPITOMICS, INC.,

        Plaintiff,

  v.

CELL SIGNALING TECHNOLOGY, INC.,

        Defendant.
                                         /

No. C 07-5275 MMC

**ORDER DENYING STIPULATION**

      Before the Court is the parties' stipulation, filed November 5, 2008, to extend the trial and pretrial dates by a period of six months. The parties have failed to show good cause for the relief requested.

      Accordingly, the stipulation is hereby DENIED, without prejudice to the parties' making a further showing.

      **IT IS SO ORDERED.**

Dated: November 12, 2008

                                          MAXINE M. CHESNEY
                                          United States District Judge