1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPITOMICS, INC., | Case No.   C 07-5275 MMC |
| Plaintiff, | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| CELL SIGNALING TECHNOLOGY, INC., | |
| Defendant. | |

Pursuant to Rule 41(a), Fed. R. Civ. P, and subject to approval by the Court,

IT IS HEREBY STIPULATED AND AGREED by and between Epitomics, Inc. and Cell Signaling Technology, Inc., through their undersigned attorneys of record and in accordance with

S TIPULATED O RDER OF D ISMISSAL WITH P REJUDICE
Case No.  C 07-5275 MMC
sf-2638595

1  the terms of the parties' settlement, that this action and all claims and counterclaims therein be
2  dismissed with prejudice, with each party to bear its own attorneys' fees and costs of suit.

3

4                                                    Respectfully submitted,

5

6  February 3, 2009                                  By: /s/ Matthew I. Kreeger
                                                         Matthew I. Kreeger (CA SBN 153793)
7                                                        Jana G. Gold (CA SBN 154246)
                                                         Rebecca S. Saelao (CA SBN 222731)
8                                                        MORRISON & FOERSTER LLP

9                                                        Attorneys for Plaintiff
                                                         EPITOMICS, INC.
10

11 February 3, 2009                                  By: /s/ Linda E. Rost
                                                         Robert J. Goldman (CA SBN 189922)
12                                                       Linda E. Rost (CA SBN 211769)
                                                         Kelly L. Baxter (CA SBN 232286)
13                                                       ROPES & GRAY LLP

14                                                       Attorneys for Defendant
                                                         CELL SIGNALING TECHNOLOGY, INC.
15

16

17        Pursuant to Stipulation, **IT IS SO ORDERED**.

18
          Dated: February 3, 2009                    _____
19                                                   Honorable Maxine M. Chesney
                                                     United States District Judge
20

21

22

23

24

25

26

27

28

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE        2
Case No. C 07-5275 MMC
sf-2638595